IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:12-00217 |
| v. | ) | WILLIAM J. HAYNES, JR. |
| RODNEY HENRY | ) | Chief Judge, U.S. District Court |

*[handwritten annotation:]* ORDER This motion GRANTED for the Denial Requested ... 1-7-13

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

**COMES** now, the accused, **Rodney Henry**, through counsel, Isaiah S. Gant, Assistant Federal Public Defender, and moves this Honorable Court for an order extending for thirty (30) days the time within which to file pretrial motions. In support of the foregoing motion, it is respectfully represented to this Honorable Court that counsel, in spite of due diligence, has just recently had the chance to review the discovery and still has yet to complete that process.

**WHEREFORE**, for the above and foregoing reason, it is respectfully prayed that this Honorable Court enter an order extending for thirty (30) days the time within which to file pretrial motions.

Respectfully submitted,

/s/ Isaiah S. Gant
_____
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorneys for Rodney Henry

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2013, I electronically filed the foregoing Motion for Extension of Time to File Pretrial Motions with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/ Isaiah S. Gant
_____
Isaiah S. Gant