UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:12-cr-00217 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| RODNEY HENRY | ) | |

*[Handwritten notation: The motion is granted. 5-8-13]*

### MOTION TO RESCHEDULE PLEA HEARING/STATUS CONFERENCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney. On May 3, 2013, the Court granted the undersigned's request to reschedule the Plea Hearing/Status Conference, which was then scheduled for May 6, 2013, and ordered the United States to submit an Agreed Order with a new date. (D.E. 35). Accordingly, the United States has conferred with counsel for the defendant, Isaiah S. Gant, and the parties agree to entry of the attached Agreed Order provided the proposed date is agreeable with the Court.

Respectfully submitted,

**David Rivera**
Acting United States Attorney for the
Middle District of Tennessee

**s/ Clay T. Lee**
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151