UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:12-cr-00217 |
| v. | ) | |
| | ) | Chief Judge Haynes |
| RODNEY HENRY | ) | |

### AGREED ORDER TO RESCHEDULE PLEA HEARING/STATUS CONFERENCE

Counsel for the parties shall appear on **Monday, May 13, 2013**, at _1:30_ **p.m.** to discuss

trial issues, including compliance with Local Rules on discovery and any pretrial issues.

It is so **ORDERED.**

**ENTERED** this _8th_ day of May, 2013.

WILLIAM J. HAYNES, JR.

Chief United States District Judge

**APPROVED FOR ENTRY:**

_s/ Clay T. Lee_

Assistant U.S. Attorney

_s/ Isaiah S. Gant_

Attorney for Rodney Henry